IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BARRON INDUSTRIES, INC**, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | Case No. 1:13-cv-01330-KBJ<br>)<br>) |
| **SYLVIA M. BURWELL**, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

**JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION AND JUDGMENT
AND JOINT RESPONSE TO COURT ORDER OF SEPTEMBER 25, 2014**

Pursuant to this Court's minute order of September 25, 2014, the parties have conferred and have agreed to language for a permanent injunction and final judgment. Both parties now request that this Court accept this motion for entry of a permanent injunction and judgment.

In light of the Supreme Court's decision in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S.Ct. 2751 (2014), the parties jointly agree that judgment should be entered in favor of Plaintiffs on their Religious Freedom Restoration Act claim, that a permanent injunction should be entered, that all of the other claims against Defendants will be dismissed, and that the issue of Plaintiffs' attorney fees and costs will be resolved pursuant to Local Civil Rules 54.1 and 54.2 after judgment is entered. Accordingly, the parties respectfully request that this Court enter the proposed injunction and judgment, which has been agreed to by all parties and is filed concurrently with this motion as an attachment.

Respectfully submitted this 24th day of October, 2014,

| *Attorney for Plaintiffs* | *Attorneys for Defendants* |
|---|---|
| /s/ Erin Elizabeth Mersino | JOYCE R. BRANDA |
| Erin Elizabeth Mersino | Acting Assistant Attorney General |
| THOMAS MORE LAW CENTER | |
| P.O. Box 393 | RONALD C. MACHEN JR. |
| 24 Frank Lloyd Wright Drive | United States Attorney |
| Ann Arbor, MI 48106 | |
| (734) 827-2001 | JENNIFER RICKETTS |
| Fax: (734) 930-7160 | Director, Federal Programs Branch |
| Email: emersino@thomasmore.org | |
| | SHEILA M. LIEBER |
| | Deputy Director |
| | |
| | /s/ Jacek Pruski |
| | JACEK PRUSKI |
| | California Bar No. 277211 |
| | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave., NW |
| | Washington, D.C. 20530 |
| | Tel: (202) 616-2035 |
| | Fax: (202) 616-8470 |
| | Email: jacek.pruski@usdoj.gov |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 24, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I certify that a copy of the foregoing has been served upon counsel for all parties who has not yet entered an appearance electronically: None.

                                                          THOMAS MORE LAW CENTER

                                                          s/ Erin Mersino_____

                                                          Erin Mersino, Esq. (P70886)